IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LINDA BURRESS                                                              PLAINTIFF

v.                                               CIVIL ACTION NO. 1:13-cv-00230-GHD-SAA

BELK STORES OF MISSISSIPPI, LLC                                            DEFENDANT

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, Defendant's motion for summary judgment [32] is GRANTED; Plaintiff's claims are DISMISSED; and this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 15th day of June, 2015.

_____
SENIOR U.S. DISTRICT JUDGE